# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# PINE BLUFF DIVISION

ROLANDIS LARENZO CHATMON,
ADC #140078                                                                                            PETITIONER

v.                      Case No. 5:16-cv-00133 KGB/JTR

WENDY KELLEY                                                                                                                   RESPONDENT

## **JUDGMENT**

Pursuant to the Order entered in this matter on this date, it is considered, ordered, and adjudged that Mr. Chatmon's petition for writ of habeas corpus is dismissed with prejudice. The Court declines to issue a certificate of appealability in this matter pursuant to 28 U.S.C. § 2253(c)(1)-(2).

So adjudged this 1st day of August, 2018.

_____
Kristine G. Baker
United States District Judge